UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-63104-CIV-ALTMAN

**PAULA TRAJANO,** *individually*
*and on behalf of all others similarly situated,*

    *Plaintiff*,

vs.

**PUBLIC REPUTATION MANAGEMENT,
SERVICES, LLC,**

    *Defendant*.
_____/

## ORDER OF DISMISSAL

On March 3, 2020, the Court closed this case without prejudice to the parties to file a stipulation of dismissal within thirty days [ECF No. 18]. As of this writing, no stipulation of dismissal has been filed. Accordingly, the Court hereby

    **ORDERS** that the case be **DISMISSED without prejudice**.

    **DONE AND ORDERED** in Fort Lauderdale, Florida, this 22nd day of May 2020.

.

                                                                                           _____
                                                                                           **ROY K. ALTMAN**
                                                                                           **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record